| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MICHIGAN |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **KRW Investments, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **35-1794356** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**PO Box 360<br>Granger, IN 46530**<br>Number, Street, City, State & ZIP Code<br><br>**St Joseph**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 360<br>Granger, IN 46530**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **KRW Investments, Inc.**                                         Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                    Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | KRW Investments, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **KRW Investments, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 8, 2019**
　　　　　　　MM / DD / YYYY

X  **/s/ Najeeb Khan**　　　　　　　　　　　　　　**Najeeb Khan**
Signature of authorized representative of debtor　　Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Robert F. Wardrop II**　　　　　　　Date  **October 8, 2019**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Robert F. Wardrop II (P31639)**
Printed name

**Wardrop & Wardrop, P.C.**
Firm name

**300 Ottawa Avenue, N.W.**
**Suite 150**
**Grand Rapids, MI 49503-2308**
Number, Street, City, State & ZIP Code

Contact phone  **(616) 459-1225**　　Email address  **bkfilings@wardroplaw.com**

**(P31639) MI**
Bar number and State

Debtor  **KRW Investments, Inc.**                                             Case number (*if known*) _____
             *Name*

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MICHIGAN |
| Case number *(if known)* _____     Chapter __11__ |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **KRW Investments, Inc.**<br>Name | | | Case number (*if known*) | |
| Debtor | **GN Investments, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **Interlogic Outsourcing, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31445** |
| Debtor | **IOI Payroll Services, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31446** |
| Debtor | **IOI West, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31447** |
| Debtor | **Khan Aviation, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **Lakeview Holdings, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31448** |
| Debtor | **Lakeview Technology, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31449** |
| Debtor | **ModEarn, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31450** |
| Debtor | **Najeeb Khan** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | **19-04258** |
| Debtor | **NAK Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **NJ Realty, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **Sarah Air, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **TimePlus Systems, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31451** |

# United States Bankruptcy Court
## Western District of Michigan

In re  **KRW Investments, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Najeeb Khan**<br>**PO Box 360**<br>**Granger, IN 46530** | | | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 8, 2019**  
Signature **/s/ Najeeb Khan**  
**Najeeb Khan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re    **KRW Investments, Inc.**            Case No.
                                            Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 8, 2019**          **/s/ Najeeb Khan**
                                                      **Najeeb Khan**/**President**
                                                      Signer/Title

```
INDIANA DEPT. OF REVENUE
PO BOX 7206
INDIANAPOLIS IN 46207-7206


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
3251 N. EVERGREEN DRIVE, NE
INSOLVENCY GROUP 4, STOP 93
GRAND RAPIDS MI 49525


KEYBANK NATIONAL ASSOCIATION
ATTN: MARK R. KLEINHAUT
66 SOUTH PEARL STREET
ALBANY NY 12207


KEYBANK NATIONAL ASSOCIATION
66 SOUTH PEARL STREET
ALBANY NY 12207


LAKE CITY BANK
P.O. BOX 1387
WARSAW IN 46581


MICHIGAN DEPT OF TREASURY
OFFICE OF COLLECTIONS
PO BOX 30199
LANSING MI 48909


MICHIGAN ESC
UNEMPLOYMENT INSURANCE AGENCY
11TH FLOOR, TAX OFFICE
3024 W. GRAND BLVD.
DETROIT MI 48202


OFFICE OF THE U.S. TRUSTEE
THE LEDYARD BLDG  2ND FLOOR
125 OTTAWA AVE., NW, STE 200R
GRAND RAPIDS MI 49503
```

```
SHOFF SECURITY SERVICES, INC
722 MIDDLETON RUN ROAD
ELKHART IN 46516


THOMPSON HINE, LLP
ATTN: CURTIS TUGGLE & DAVID THOMAS ESQS
127 PUBLIC SQUARE
300 KEY CENTER
CLEVELAND OH 44114


TREASURE COAST COMMERCE CTR
   COA INC #222
C/O CAPITAL REALTY ADVISORS
600 SANDTREE DRIVE, STE 109
WEST PALM BEACH FL 33403


US ATTORNEY'S OFFICE
WESTERN DISTRICT OF MICHIGAN
BANKRUPTCY SECTION
PO BOX 208
GRAND RAPIDS MI 49501-0208
```

# United States Bankruptcy Court
### Western District of Michigan

In re: **KRW Investments, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **KRW Investments, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  8, 2019**
Date

**/s/ Robert F. Wardrop II**
**Robert F. Wardrop II (P31639)**
Signature of Attorney or Litigant
Counsel for **KRW Investments, Inc.**
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W.
Suite 150
Grand Rapids, MI 49503-2308
(616) 459-1225 Fax:(616) 459-7273
bkfilings@wardroplaw.com

**United States Bankruptcy Court**
**Western District of Michigan**

In re  **KRW Investments, Inc.**                                             Case No.
                              Debtor(s)                Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Najeeb Khan**, declare under penalty of perjury that I am the **Sole Shareholder and Director** of **KRW Investments, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8th day of October, 2019.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Najeeb Khan**, **Sole Shareholder and Director of KRW Investments, Inc.,** is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Najeeb Khan**, **Sole Shareholder and Director of KRW Investments, Inc.** is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Najeeb Khan**, **Sole Shareholder and Director of KRW Investments, Inc.** is authorized and directed to employ **Robert F. Wardrop II (P31639)**, attorney and the law firm of **Wardrop & Wardrop, P.C.** to represent the corporation in such bankruptcy case."

Date   10/08/19                                              Signed   /s/ Najeeb Khan
                                                                      **Najeeb Khan**

Resolution of Board of Directors
of
**KRW Investments, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Najeeb Khan**, **Sole Shareholder and Director of KRW Investments, Inc.** is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Najeeb Khan**, **Sole Shareholder and Director of KRW Investments, Inc.** is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Najeeb Khan**, **Sole Shareholder and Director of KRW Investments, Inc.** is authorized and directed to employ **Robert F. Wardrop II (P31639),** attorney and the law firm of **Wardrop & Wardrop, P.C.** to represent the corporation in such bankruptcy case.

Date  10/08/19                         Signed  /s/ Najeeb Khan
                                               **Najeeb Khan**

Date  _____                    Signed  _____