**Fill in this information to identify the case:**

Debtor name: **KRW Investments, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **19-04264**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | 1st Source Bank | Business Checking | 2340 | $3,357.00 |
| 3.2. | Lake City Bank - nominal following KeyBank sweep | Checking | | Unknown |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**    $3,357.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **KRW Investments, Inc.** Case number (If known) **19-04264**
      Name

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 56,598.00<br>face amount | − 56,598.00 = ....<br>doubtful or uncollectible accounts | Unknown |

**12. Total of Part 3.**     $0.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:     % of ownership

| | Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|---|
| 15.1. | Investment in Aunalytics/Data Realty, LLC<br>EIN: 27-3645605 | 5.9 % | Expert | $10,000,000.00 |
| 15.2. | Investment in Semma Health, Inc. 100 E Wayne St., #510, South Bend IN 46601 | <5% % | estimate | $1,200,000.00 |
| 15.3. | Investment in Lucata (Formerly Emu Technology) NY/S Bend | <1% % | estimate | $400,000.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17. Total of Part 4.**     $11,600,000.00
Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

Debtor  **KRW Investments, Inc.**                                      Case number *(If known)* **19-04264**
        Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 1710 Leer Drive, Elkhart, Indiana 46514 Commercial Office building Interlogic Outsourcing Inc. tenant APN parcel 02-21-402-003-027, assessed value $948700 FKA 25325 Leer Dr PN parcel 02-21-402-002-027 assessed value $85900 - Net book value to be provided following update segregating parcels | Fee simple | $1.00 | Tax records | $1,200,000.00 |
| 55.2. Car Storage Building - 25,000 sq ft warehouse located at 2900 Gateway Drive, Elkhart, Indiana 46514 parcel 01-24-453-012-006 assessed $476300 | Fee Simple | $584,557.97 | Tax records | $650,000.00 |

Debtor   **KRW Investments, Inc.**                             Case number (If known) **19-04264**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | Car Display Building - 45,000 sq ft warehouse located at 2800 Aeroplex Drive, Elkhart, Indiana 46514 parcel 01-25-100-003-006 assessed $1918400 - Net book value to be provided following update segregating parcels | Fee simple | $1.00 | Tax records | $3,100,000.00 |
| 55.4. | Land Parcels adjacent to 2800 Aeroplex Drive, Elkhart, Indiana-Lots #1 & #2 Aeroplex Minor Subdivision Cleveland Township Plat Book 36, North 200.01 ft of Lot 1 & 2 second replat and Pt NW 1/4 Sec 25 NS, Elkhart, IN 46514 Aeroplex Drive parcel 01-25-100-005-006 assessed $84600; Nappanee parcel 01-25-100-002-006 assessed $40200; John Weaver Pkwy parcel 01-25-100-004-006 assessed $92800 - Net book value to be provided following update segregating parcels | Fee simple | $1.00 | Tax records | $500,000.00 |

56. **Total of Part 9.**                                                                                      $5,450,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Debtor | KRW Investments, Inc. | Case number (If known) | 19-04264 |
|---|---|---|---|
| | Name | | |

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

                                                                                   **Current value of debtor's interest**

**71. Notes receivable**
Description (include name of obligor)

| Semma Health, Inc. Promissory Note | 500,000.00 Total face amount | − | 0.00 doubtful or uncollectible amount | = | $500,000.00 |

| Loan to William & Leslie Coatie secured by Mortgage recorded 11/19/2015 Elkhart County, IN | 220,000.00 Total face amount | − | 0.00 doubtful or uncollectible amount | = | $220,000.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| * attributed to the period 1/1/2019 - Petition Date | Tax year 2019* | Unknown |

**73. Interests in insurance policies or annuities**
Selective Insurance Co of America by The Horton Group 340 Columbia Place, South Bend, IN 46601 - annual premium $28650 (12/10/19) for real property      $1.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**
KeyBankTrust account holding proceeds from sale of storage building located at 7818 SW Jack James Dr., #127 Stuart, FL - wired to KeyBank on 10/7/19      $350,000.00
Nature of claim     Turnover
Amount requested     $350,000.00

Adversary Proceeding against KeyBank, N.A. for avoidance of July & August 2019 transfers      Unknown
Nature of claim     recovery of money and property, avoidance of liens and security interests
Amount requested     $1.00

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed *Examples:* Season tickets, country club membership

Debtor  **KRW Investments, Inc.**                                              Case number *(If known)* **19-04264**
              Name

78. **Total of Part 11.**                                                                      $1,070,001.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **KRW Investments, Inc.**             Case number *(If known)* **19-04264**
_____Name_____

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $3,357.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $11,600,000.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.....................> | | $5,450,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $1,070,001.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,673,358.00  + 91b. | $5,450,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,123,358.00 |

**Fill in this information to identify the case:**

Debtor name: **KRW Investments, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): **19-04264**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **KeyBank National Association**<br>Creditor's Name<br><br>**Attn: Mark R. Kleinhaut**<br>**66 South Pearl Street**<br>**Albany, NY 12207**<br>Creditor's mailing address<br><br>**mark_d_kleinhaut@keybank.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**UCC filed 7/22/2019**<br>Last 4 digits of account number **4838**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Lake City Bank**<br>**2. KeyBank National Association** | Describe debtor's property that is subject to a lien<br>**Car Display Building - 45,000 sq ft warehouse located at 2800 Aeroplex Drive, Elkhart, Indiana 46514**<br>**parcel 01-25-100-003-006 assessed $1918400**<br><br>Describe the lien<br>**All assets/ 7/19/19 Mortgage recorded 8/9/19 (parcels 1-7 on ExA)**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | **$122,000,000.00** | **$3,100,000.00** |
| 2.2 | **Lake City Bank**<br>Creditor's Name<br><br>**P.O. Box 1387**<br>**Warsaw, IN 46581**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**Car Display Building - 45,000 sq ft warehouse located at 2800 Aeroplex Drive, Elkhart, Indiana 46514**<br>**parcel 01-25-100-003-006 assessed $1918400**<br><br>Describe the lien<br>**Mortgage recorded 1/5/2018 @ #2018-00374**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | | **$1,250,000.00** | **$3,100,000.00** |

| Debtor | KRW Investments, Inc. | Case number (if know) | 19-04264 |
|---|---|---|---|
| | Name | | |

**1/3/2018  $1400000 PNOTE**
Last 4 digits of account number
**1101**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Lake City Bank** | Describe debtor's property that is subject to a lien | $1,032,186.06 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**1710 Leer Drive, Elkhart, Indiana 46514 Commercial Office building Interlogic Outsourcing Inc. tenant APN parcel 02-21-402-003-027, assessed value $948700 FKA 25325 Leer Dr PN parcel 02-21-402-002-027 assessed value $85900**

**P.O. Box 1387**
**Warsaw, IN 46581**
Creditor's mailing address

Describe the lien
**cross collateralization claim 3 IOI Notes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**9/20/2012 Commercial Guaranty of Interlogic Outsourcing Inc**
Last 4 digits of account number
**9002**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $124,282,186.06 |
|---|---|---|

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Stanley F. Orszula**<br>**Barack Ferrazzano**<br>**200 West Madison Street**<br>**Suite 3900**<br>**Chicago, IL 60606** | Line **2.2** | **Lake City Bank** |
| **Thompson Hine, LLP**<br>**Curtis Tuggle & David Thomas**<br>**127 Public Square**<br>**300 Key Center**<br>**Cleveland, OH 44114** | Line **2.1** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KRW Investments, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **19-04264** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Elkhart County Treasurer**<br>**117 N 2nd Street**<br>**Ste 201**<br>**Goshen, IN 46526** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.00 | $1.00 |
|     | Date or dates debt was incurred<br><br><br><br>**Fall installment due 11/12/19** | Basis for the claim:<br>**property taxes on all parcels: 02-21-402-003-027 $15100.18; -002-027 $1452.36; 01-25-100-003-006 $30528.92; -002-006 $636.16; -004-006 $1468.55; -005-006 $1344.79; 01-24-453-012-006 $7611.69;** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Indiana Dept. of Revenue**<br>**PO Box 7206**<br>**Indianapolis, IN 46207-7206** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred<br>**FOR NOTICE ONLY** | Basis for the claim: | | |
|     | Last 4 digits of account number **4356**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | KRW Investments, Inc. | Case number (if known) | 19-04264 |
|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency**
**Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred
**FOR NOTICE ONLY**

Last 4 digits of account number **4356**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.4** Priority creditor's name and mailing address
**Michigan Dept of Treasury**
**Office of Collections**
**PO Box 30199**
**Lansing, MI 48909**

Date or dates debt was incurred
**FOR NOTICE ONLY**

Last 4 digits of account number **4356**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.5** Priority creditor's name and mailing address
**Michigan ESC**
**Unemployment Insurance Agency**
**11th Floor, Tax Office**
**3024 W. Grand Blvd.**
**Detroit, MI 48202**

Date or dates debt was incurred
**FOR NOTICE ONLY**

Last 4 digits of account number **4356**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Elkhart Public Utilities**
**1201 S Nappannee St**
**Elkhart, IN 46516**

Date(s) debt was incurred  **current**
Last 4 digits of account number  **9900**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for 2800 Aeroplex Dr N Elkhart, IN**

Is the claim subject to offset?  ■ No   ☐ Yes

$120.02

---

**3.2** Nonpriority creditor's name and mailing address
**Elkhart Public Utilities**
**1201 S Nappannee St**
**Elkhart, IN 46516**

Date(s) debt was incurred  **current**
Last 4 digits of account number  **4205**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for 2900 Gateway Dr  Elkhart, IN**

Is the claim subject to offset?  ■ No   ☐ Yes

$47.06

---

| Debtor | KRW Investments, Inc. | Case number (if known) | 19-04264 |
|---|---|---|---|
| | Name | | |

### 3.3 Frontier — $91.49

**Nonpriority creditor's name and mailing address**
Frontier
PO Box 5157
Tampa, FL 33675

Date(s) debt was incurred __
Last 4 digits of account number  6175

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **service for 23451 Lakeview, Edwardsburg, MI - possible duplicate**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.4 IN MI Power — $3,582.85

**Nonpriority creditor's name and mailing address**
IN MI Power
P.O. Box 24401
Canton, OH 44701-4401

Date(s) debt was incurred  **current**
Last 4 digits of account number  4402

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electric for 2800 Aeroplex Dr., N Elkhart, IN**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.5 Koorsen Fire & Security — $175.00

**Nonpriority creditor's name and mailing address**
Koorsen Fire & Security
2719 N Arlington Ave
Indianapolis, IN 46218

Date(s) debt was incurred  **current**
Last 4 digits of account number  nual

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fire & security service for 23451 Lakeview, Edwardsburg, MI**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.6 Najeeb Khan — $7,863,828.44

**Nonpriority creditor's name and mailing address**
Najeeb Khan
23443 Lakeview Drive
Edwardsburg, MI 49112

Date(s) debt was incurred  **various over 30 years**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal amount of Shareholder loan as of 12/31/2018 IRS Form 1120S Schedule K-1**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.7 Nancy Khan — $0.00

**Nonpriority creditor's name and mailing address**
Nancy Khan
c/o Warner Norcross + Judd LLP
Stephen B. Grow
101 Lyon St. N.W. Ste 900
Grand Rapids, MI 49503

Date(s) debt was incurred  **FOR NOTICE ONLY**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

### 3.8 NIPSCO — $86.88

**Nonpriority creditor's name and mailing address**
NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007

Date(s) debt was incurred  **current**
Last 4 digits of account number  0057

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas utility for 2800 Aeroplex Dr N Elkhart, IN**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.9 Office of the U.S. Trustee — $0.00

**Nonpriority creditor's name and mailing address**
Office of the U.S. Trustee
The Ledyard Bldg  2nd Floor
125 Ottawa Ave., NW, Ste 200R
Grand Rapids, MI 49503

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **KRW Investments, Inc.**     Case number (if known) **19-04264**
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.50 |
|---|---|---|---|
| | **Shoff Security Services, Inc**<br>**722 Middleton Run Road**<br>**Elkhart, IN 46516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **monthly**<br>Last 4 digits of account number _ | Basis for the claim: **security monitoring w radio x3 +**<br>**for service pole barn Lakeview, Edwardsburg, MI**<br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,868,107.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,868,108.24 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | KRW Investments, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 19-04264 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 1710 Leer Drive (Interlogic Outsourcing Inc. headquarters), Elkhart, IN | Interlogic Outsourcing, Inc. c/o Andrew T Kight Jacobson Hile Kight LLC One Indiana Square, Ste 1600 Indianapolis, IN 46204 |
|---|---|---|---|
| | State the term remaining | 02/2020 | |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | the real property and buildings located thereon located at 2900 Gateway Drive, Elkhart, Indiana 46514 AND 2800 Aeroplex Drive, Elkhart, Indiana 46514 AND 1710 Leer Drive, Elkhart, Indiana 46514 (IOI Schedules indicate to 02/2020) | |
|---|---|---|---|
| | State the term remaining | month to month @$1.00 | KeyBank National Association Attn: Mark R. Kleinhaut 66 South Pearl Street Albany, NY 12207 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KRW Investments, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **19-04264** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*  *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Interlogic Outsourcing, Inc. | c/o Andrew T Kight<br>Jacobson Hile Kight LLC<br>One Indiana Square, Ste 1600<br>Indianapolis, IN 46204<br>Ch 11 USBCNBIN #19-31445 | KeyBank National Association | ■ D   2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Interlogic Outsourcing, Inc. | c/o Andrew T Kight<br>Jacobson Hile Kight LLC<br>One Indiana Square, Ste 1600<br>Indianapolis, IN 46204<br>Ch 11 USBCNBIN #19-31445 | Lake City Bank | ■ D   2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Najeeb Khan | 23443 Lakeview Drive<br>Edwardsburg, MI 49112<br>Ch 11 USBCWDMI #19-04258 | Lake City Bank | ■ D   2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Najeeb Khan | 23443 Lakeview Drive<br>Edwardsburg, MI 49112<br>Ch 11 USBCWDMI #19-04258 | KeyBank National Association | ■ D   2.1<br>☐ E/F ____<br>☐ G ____ |